# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No.
U.S. Postal Service Priority Mail parcel bearing label no. )
9505512684762137373705 addressed to Rose ) 2:22-mj-357
Middendorf, 373 Summit Ave. Steubenville, OH 43952 )

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 MAY 19 PM 4:41

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

U.S. Postal Service Priority Mail parcel bearing label no. 9505512684762137373705 addressed to Rose Middendorf, 373 Summit Ave. Steubenville, OH 43952

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) | Possession with intent to distribute a controlled substance |
| Title 21 USC 843(b) | Prohibited use of a communication center (U.S. Mail) |

The application is based on these facts:
As set forth in the attached Affidavit of Postal Inspector BRYON GREEN

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under
18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

BRYON GREEN, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Via FaceTime *(specify)*

Elizabeth A. Preston Deavers
United States Magistrate Judge

Date: May 19, 2022

City and state: Columbus, Ohio

*Judge*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVSION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>U.S. Postal Service Priority Mail parcel bearing label no. 9505512684762137373705 addressed to Rose Middendorf, 373 Summit Ave. Steubenville, OH 43952 return address Jade Green, 12600 S. Laflin St. Calumet Park, IL 60827 | Case No. _____<br><br>MAGISTRATE JUDGE<br>ELIZABETH PRESTON DEAVERS |

**Affidavit in Support of Application for Search Warrant**

I, BRYON GREEN, DO HEREBY DEPOSE AND SAY:

1. I am a United States Postal Inspector and have been so employed since October 2006, presently assigned at Cleveland, Ohio to investigate Prohibited Mailing offenses. I have received training in the detection and investigation of prohibited mailing offenses. I have worked U.S. Postal Service related investigations for approximately 15 years, during which time I have been the case agent for investigations leading to prosecution in U. S. District Court, as well as state courts.

2. I know from my training and experience, and the training and experience of other Postal Inspectors, I am aware the U.S. Mail is often used by drug traffickers to transport controlled substances as well as U.S. currency derived from their illicit activities, either as proceeds and/or payment. I know from my training and experience the Priority Mail system is commonly used to transport controlled substances and associated currency because Priority Mail provides traceability, reliability, and timely delivery. The guaranteed delivery timeframe of Priority Mail places time pressures on law enforcement agents to identify, search, and deliver these drug parcels in a timely manner.

3. As a result of past investigations and prosecutions, the Postal Inspection Service has determined that a number of indicators can be used to identify packages containing contraband that have been entered into the Priority Mail network. Inspectors routinely review shipment documents and Priority Mail packages originating from or destined to drug source areas, to identify instances where there is a possibility of drug trafficking.

4. On May 9, 2022, your Affiant identified in Postal Service databases U.S. Postal Service Priority Mail parcel bearing label no. 9505511167982126878184 addressed to Donte Smith, 733 Rosswell Ave. Apt. A, Steubenville, OH 43952 return address Jerry Green, 13034 S. Hombre, Bleu Island, IL 60406.

5. On May 9, 2022, your Affiant obtained and executed federal search warrant 2:22-mj-318 on Priority Mail parcel no. 9505511167982126878184 resulting in the recovery of approximately 129 grams of field tested positive fentanyl.

6. On May 18, 2022, your Affiant identified in Postal Service databases U.S. Postal Service Priority Mail parcel bearing label no. 9505512684762137373705 addressed to Rose Middendorf, 373 Summit Ave. Steubenville, OH 43952 return address Jade Green, 12600 S. Laflin St. Calumet Park, IL 60827, which was believed to contain narcotics, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 843(b) (illegal use of mail in furtherance of narcotics trafficking). Your Affiant identified this as a suspected drug parcel based on several characteristics, including but not limited to type of mail, origin, destination, label, postage, and size.

7. Priority Mail parcel no. 9505512684762137373705 is described as a white, U.S. Postal Service Priority Mail flat rate box, weighing approximately 2 pounds .5 ounces, bearing $11.75 in U.S. Postage and mailed on May 17, 2022, from the Blue Island, IL Post Office, 60406.

8. Your Affiant ran the recipient addresses in CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information and was unable to associate Rose Middendorf at 373 Summit Ave. Steubenville, OH 43952 or Jade Green at 12600 S. Laflin St. Calumet Park, IL 60827 in Clear.

9. Your Affiant knows that in the past, drug traffickers have used legitimate addresses belonging to others for the sender/return address and/or not listing a recipient name in an attempt to legitimize and distance themselves from the shipment in the event that the parcel is seized by law enforcement officers.

10. Your Affiant believes, based on training and experience, that Priority Mail parcel bearing label no. 9505511167982126878184 containing approximately 129 grams of fentanyl is associated with Postal Service Priority Mail parcel bearing label no. 9505512684762137373705 addressed to Rose Middendorf, 373 Summit Ave. Steubenville, OH 43952 based on several factors. Both parcels were sent from the Chicago, IL area, are USPS medium flat rate boxes, have similar postage amounts and weights, and have handwriting on the labels that appear to be similar. Both parcels contain names that could not be associated with the listed addresses in CLEAR. 373 Summit Ave. Steubenville, OH 43952 is approximately a three minute walk to 733 Rosswell Ave a, Steubenville, OH 43952 where the previous fentanyl seizure was addressed.

11. Your Affiant knows from training and experience that individuals who regularly handle controlled substances often leave the scent of controlled substances, for which narcotic-sniffing canines are trained to indicate alert, on the box, contents of the box, and/or other packaging material they handle.

12. On May 19, 2022, Priority Mail parcel bearing label no. 9505512684762137373705 was interdicted subjected to "Luna", a narcotic detection canine handled by K-9 Officer P.J. Putnam of the Steubenville, Ohio Police Department, at the Jefferson County Drug Task Force Office in Steubenville, Ohio. The subject parcel was placed in a lineup of empty boxes. Luna gave a positive alert on the subject parcel. According to Officer Putnam this positive alert meant Puma detected the odor of an illegal drug emanating from the parcel.

13. Officer Putnam is a State Certified as a Narcotics Canine handler and has worked with Luna since 2020.  Officer Putnam and canine Luna were both re-certified on February of 2022 by the Ohio Peace Officers Training Academy (OPOTA). Officer Putnam and canine Luna have both completed 160 hours of a state-certified training program at Tri-State Canine Service in Warren Ohio under Certified Trainer Dave Blosser. During this time, Luna was trained and certified to alert to the presence of the odors from cocaine, heroin, MDEA (methlyenedioxyethlamphamine), methamphetamine ("crystal meth"), and/or their derivatives. Officer Putnam has been trained how to handle a detector K 9 and read his alerts. According to Officer Putnam, Luna is a reliable K-9 assist unit.

14. Your Affiant knows based on his training and experience that individuals who regularly handle controlled substances often leave the scent of controlled substances, which narcotic canines are trained to indicate alert, on the box, contents of the box, and/or other packaging material they handle.

4

15. Based on the information contained herein, your affiant maintains there is probable cause to believe that the U.S. Postal Service Priority Mail parcel bearing label no. 9505512684762137373705 addressed to Rose Middendorf, 373 Summit Ave. Steubenville, OH 43952 return address Jade Green, 12600 S. Laflin St. Calumet Park, IL 60827 contains controlled substances, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

_____
Bryon Green
United States Postal Inspector

On May 19, 2022 this affidavit was sworn to by the affiant, who did no more than attest to its contents pursuant to Crim. R. 4.1 (b)(2)(A), by telephone after a document was transmitted by email, per Crim R. 4.1.

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge